IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ERIC GYEBI BIMPONG, | : |
| | : |
| Petitioner, | : |
| | : Case No. 7:21-CV-00023-WLS-MSH |
| v. | : 28 U.S.C. § 2241 |
| | : |
| Warden, IRWIN COUNTY | : |
| DETENTION CENTER, *et al.*, | : |
| | : |
| Respondents. | : |

## STIPULATION OF DISMISSAL

Pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), Petitioner and Respondents, by and through their undersigned counsel, hereby agree and stipulate to voluntary dismissal without prejudice of the above-styled civil action, with each party to bear its own attorney's fees and costs.

Respectfully submitted this 21st day of March, 2021.

By:  PETER D. LEARY
ACTING UNITED STATES ATTORNEY

*s/ Amelia G. Helmick*
AMELIA G. HELMICK
Assistant United States Attorney
Georgia Bar No. 142673
United States Attorney's Office
Middle District of Georgia
P. O. Box 2568
Columbus, GA 31902
Phone: (706) 649-7731
amy.helmick@usdoj.gov

*Attorney for Respondents*

(signatures continued on next page)

*s/ Hillary Li*
Hillary Li (GA Bar Number: 898375)
Phi Nguyen (GA Bar Number: 578019)
Asian Americans Advancing Justice-Atlanta
5680 Oakbrook Parkway, Suite 148
Norcross, GA 30093
Tel: (404) 585-8446
Fax: (404) 890-5690
hli@advancingjustice-atlanta.org
pnguyen@advancingjustice-atlanta.org


*s/ Rachel Naggar*
Rachel Naggar (MA Bar Number: 568971)
Catholic Legal Immigration Network, Inc.
8757 Georgia Avenue, Suite 850
Silver Spring, MD 20910
Tel: (857) 245-5116
Fax: (301) 565-4824
rnaggar@cliniclegal.org

**Attorneys for Petitoner Eric Bimpong**

SO ORDERED this 22nd day of March, 2021

W. Louis Sands, Sr. Judge
United States District Court

2